UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBIN ANTHONY RITTERMANN (a.k.a. ROBIN ANTHONY RITTERMAN), <br><br> Petitioner, <br><br> vs. <br><br> MAGGIE MILLER-STOUT, <br><br> Respondent. | NO.  CV-08-277-LRS <br><br> ORDER DISMISSING ACTION AND DENYING CERTIFICATE OF APPEALABILITY |

BEFORE THE COURT is Petitioner Robin Anthony Rittermann's Response (Ct. Rec. 12) to the Order to Show Cause (Ct. Rec. 10) why this action should not be dismissed. Petitioner, a prisoner at the Airway Heights Correction Center, is proceeding *pro se* and *in forma pauperis*. Petitioner concedes ground three of his amended federal habeas petition should be summarily dismissed.

After thorough review of Petitioner's arguments and for the reasons set forth in the court's previous Order (Ct. Rec. 10), **IT IS ORDERED** this action is **DISMISSED with prejudice** as time-barred under 28 U.S.C. § 2244(d)[1], for failure to state cognizable federal claims under Habeas Rule 4, for failure to exhaust state court remedies, and

---

[1] Even accepting Petitioner's argument that entry of his revocation order occurred on July 31, 2006, rather than the date he had previously provided, July 28, 2008, this three day differential does not affect the Court's prior determination the federal habeas petition is untimely.

ORDER -- 1

for failure to demonstrate cause and prejudice, and/or a substantial miscarriage of justice to justify federal review. *Coleman v. Thompson*, 501 U.S. 722 (1991). In addition, Petitioner's requests in the Response to amend and/or for appointment of counsel are denied as moot. The Motion for Extension of Time (Ct. Rec. 11) is also **DENIED as moot** as Mr. Rittermann did file a Response.

The court finds a certificate of appealability should not issue in this case if Petitioner chooses to file a notice of appeal. Petitioner did not present a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Furthermore, he did not show that jurists of reason would find it debatable whether his Amended Petition states a valid claim of the denial of a constitutional right or whether this court was correct in its procedural rulings. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner, and close the file.

**DATED** this ___5th___ day of December 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER -- 2